VARIOUS - CHAPTER 13's

WARNING! DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A TRUE WATERMARK WHEN HOLDING THE CHECK TO THE LIGHT AND PINK LOCK AND KEY ICONS THAT FADE WHEN WARMED

**S.J. BEAULIEU, JR.**
CHAPTER 13 TRUSTEE
433 METAIRIE ROAD, SUITE 307
METAIRIE, LA 70005

SunTrust Bank
MEMPHIS, TN

64-79 / 611

0629539

September 29, 2010

PAY  Exactly Six Thousand Three Hundred Twenty Nine And 45/100 Dollars

$******6,329.45

VOID AFTER 90 DAYS

TO THE ORDER OF

UNITED STATES BANKRUPTCY COURT
STE B-601
500 POYDRAS ST
NEW ORLEANS, LA 70130

S.J. Beaulieu Jr.

"0629539"  :061100790:  8800517495"

RUB OR BREATHE ON THE PINK LOCK & KEY ICONS - COLOR WILL FADE AND RETURN ON AN AUTHENTIC CHECK - IF COLOR DOES NOT FADE DO NOT ACCEPT

---

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 227741     - CL
* * C O P Y * *
October 08, 2010
14:31:17

**TREASURY REGFUND**
Debtor.: VARIOUS CH-13
Amount.:           $6,329.45 CH
Check#.: 9539

Total-> $6,329.45

FROM: BEAULIEU

10/8/10
DEPOSITED TO 6047BK.
BK #15
Due: Various CH. 13s

Cv.

The attached check represents payments for funds over which the court had jurisdiction but which are not claimed by the rightful owner. Please deposit this check in the registry of the court.

Registry Check #629539

| Case Number | Debtors | Amount | Payees |
|---|---|---|---|
| 04-12426 | SAULNY, LINDELL B<br>4548 MIAMI DR<br>PLANO TX 75093 | 779.47 | CITY OF NEW ORLEANS<br>RM 5E03<br>1300 PERDIDO ST<br>NEW ORLEANS LA 70112 |
| 04-13923 | ANDERSON, DEBRA<br>517 AIRLINE PARK BLVD<br>METAIRIE LA 70003 | 50.51 | CAPITAL ONE<br>PO BOX 85167<br>RICHMOND VA 23285 |
| 04-13923 | ANDERSON, DEBRA<br>517 AIRLINE PARK BLVD<br>METAIRIE LA 70003 | 38.00 | CAPITAL ONE<br>PO BOX 85167<br>RICHMOND VA 23285 |
| 04-13923 | ANDERSON, DEBRA<br>517 AIRLINE PARK BLVD<br>METAIRIE LA 70003 | 86.05 | CAPITAL ONE<br>PO BOX 85167<br>RICHMOND VA 23285 |
| 04-15032 | BOOKER, VIRGINIA<br>217 PRIEST ST<br>AVONDALE LA 70094 | 6.47 | CAPITAL ONE<br>PO BOX 85167<br>RICHMOND VA 23285 |
| 04-15859 | GASSENBERGER, MARY FRANCES<br>PO BOX 9346<br>WESTWEGO LA 70096 | 27.09 | CAPITAL ONE<br>PO BOX 85167<br>RICHMOND VA 23285 |
| 04-15859 | GASSENBERGER, MARY FRANCES<br>PO BOX 9346<br>WESTWEGO LA 70096 | 23.45 | CAPITAL ONE<br>PO BOX 85167<br>RICHMOND VA 23285 |
| 04-16545 | CALISTE, LADONJA<br>PO BOX 58243<br>NEW ORLEANS LA 70158 | 488.71 | DILLARD NATIONAL BANK<br>PO BOX 52051<br>PHOENIX AZ 85072 |
| 05-11881 | ATHANASE, SONJA ADRIAN<br>1717 PLAZA DR<br>MARRERO LA 70072 | 24.33 | PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 41067<br>NORFOLK VA 23541 |
| 05-20035 | LACROIX, KIRK ANTHONY<br>LACROIX, SHELLY<br>4810 MAJOR DR<br>NEW ORLEANS LA 70128 | 1,727.09 | CITY OF NEW ORLEANS<br>RM 5E03<br>1300 PERDIDO ST<br>NEW ORLEANS LA 70112 |
| 06-10782 | NICHOLAS JR, HARRY JOSEPH<br>224 ROBERTSON RD<br>INDEPENDENCE LA 70443 | 63.12 | ADVANCE AMERICA<br>135 N CHURCH ST<br>SPARTANBURG SC 29306 |

Registry Check #

| Case Number | Debtors | Amount | Payees |
|---|---|---|---|
| 07-10407 | ZANDERS, LINDA<br>61561 WILLIE MCCOY RD<br>AMITE LA  70422 | 91.74 | LAMONICAS AUTO SALES<br>46424 N MORRISON BLVD<br>HAMMOND LA  70401 |
| 07-11491 | GRAVOIS, ALICE M<br>133 ESTES ST<br>METAIRIE LA  70001 | 130.56 | (debtor) |
| 07-11797 | OLMEDO, HECTOR ORLANDO<br>OLMEDO, SANDRA LORENA<br>APT 124<br>3714 N LOYOLA DR<br>KENNER LA  70065 | 1,642.05 | FORD MOTOR CREDIT<br>PO BOX 405697<br>ATLANTA GA  30348 |
| 08-10285 | MARTIN SR, CHARLES L<br>MARTIN, JONETTE EUGENE<br>3808 ACCACIA LANE<br>HARVEY LA  70058 | 507.00 | NCO FINANCIAL SYSTEMS INC<br>PO BOX 41457<br>PHILADEPHIA PA  19101 |
| 08-10285 | MARTIN SR, CHARLES L<br>MARTIN, JONETTE EUGENE<br>3808 ACCACIA LANE<br>HARVEY LA  70058 | 66.00 | NCO FINANCIAL SYSTEMS INC<br>PO BOX 41457<br>PHILADEPHIA PA  19101 |
| 09-11044 | VAN DEN HEEVER, ANDREW<br>19065 HIGHWAY 450<br>FRANKLINTON LA  70438 | 207.69 | (debtor) |
| 09-11137 | BROWN, COREY<br>BROWN, PATRICIA<br>APARTMENT B<br>4230 LAC DU BAY DR<br>HARVEY LA  70058 | 354.12 | (debtor) |
| 09-11925 | ROBINSON, LEO<br>2200 JEFFERSON HWY<br>LUTCHER LA  70071 | 16.00 | (debtor) |

$6,329.45